# EXHIBIT B

# US9092428 Claim chart
# vs
# All Birds

# U.S. Patent No. US9092428

**Claims priority from a provisional application 61/568,657**

**12/09/2011 Expired**

**Total patent Term Adjustments: Upward 310 days**

# Related Products

- The following chart is based on All Birds' web site.



# US 9092428: Claims 1

1. A computer-assisted method for discovering information in a text content and extracting and presenting the information, comprising:

obtaining, by a computer system, a text content comprising one or more words or phrases or sentences, each being a term or an instance of a term;

selecting a first semantic attribute and a second semantic attribute for users to select from, wherein the first semantic attribute or the second semantic attribute includes an attribute type or attribute value;

wherein the first semantic attribute is associated with a first name or description, and the second semantic attribute is associated with a second name or description;

identifying a words or phrases in the text content associated with the first semantic attribute or the second semantic attribute;

displaying an actionable user interface object, wherein the actionable user interface object is associated with a label representing the first name or description or the second name or description;

allowing the user to select the first name or description or the second name or description as a user-specified or user-desired attribute;

and performing, by the computer system, an action on the word or phrase associated with the user-specified or user-desired semantic attribute, wherein the action includes at least extracting, displaying, storing, showing or hiding, or highlighting or un-highlighting the word or phrase.

4

# US9092428: Claim 1

| | |
|---|---|
| 1. A computer-assisted method for discovering information in a text content and extracting and presenting the information, comprising: | Plaintiff contends, All Birds' web site has an interactive product review section that allows customers to filter reviews.  Using All Birds' website, a user can click on a review section, for example 5-star reviews are labelled " ***** " to 1-star reviews labelled " * ", associated with an item for sale. These star reviews are stored on a **computer** system associated with All Birds. The words **"Love these "** can be **discovered** within the **text content**, for example, if the customer clicks the 5-star reviews " ***** " and inputs "**Love these** " in the search window, the words **Love these  are extracted and presented to the user.** |



[Smallbirds Wool Loungers for Little Kids | Allbirds Kids Shoes](#)

[https://www.allbirds.com/](https://www.allbirds.com/)

5

# US9092428: Claim 1

| | |
|---|---|
| obtaining, by a computer system, a **text content** comprising **one or more words** or phrases or sentences, **each being a term** or an instance of a term; | Plaintiff contends that **All Birds' computer system will obtain text content comprising one or more words or terms,** for example the words, "Love these " can be found in several instances in the text content of the reviews. |



# US9092428: Claim 1

| | |
|---|---|
| **selecting a first semantic attribute** and | Plaintiff contends that **the customer can select** a **first semantic attribute** " ***** " reviews. |



# US9092428: Claim 1

| a second semantic attribute | Plaintiff contends that **the customer can select** a second semantic attribute " * ". |
|---|---|



https://www.allbirds.com/
Smallbirds Wool Loungers for Little Kids | Allbirds Kids Shoes

# US9092428: Claim 1

**for users to select from,**

Plaintiff contends that **the user can select any of the star ratings.**



# US9092428: Claim 1

| | |
|---|---|
| **wherein the first semantic attribute** or the second semantic attribute **includes an attribute type** or attribute value; | Plaintiff contends that **the first semantic attribute has an attribute type " ***** ".** |



# US9092428: Claim 1

**wherein the first semantic attribute is associated with a first name or description**, and the second semantic attribute is associated with a second name or description;

For Example: the **first semantic attribute is associated with a first description " ***** ."**



11

# US9092428: Claim 1

wherein the first semantic attribute is associated with a first name or description, **and the second semantic attribute is associated with a second name or description;**

For Example: the **second semantic attribute is associated with a second name or description " * ".**



12

# US9092428: Claim 1

identifying a words or phrases in **the text content associated with the first semantic attribute** or the second semantic attribute;

For Example: **"Love these "** in the text content **is a word that can be identified within the first semantic attribute 5 stars,** " ***** ".



13

# US9092428: Claim 1

displaying an actionable user interface object, wherein the actionable user interface object is associated with a label representing the first name or description or the second name or description;

For Example: **an actionable user interface object is displayed and is associated with a label " ***** " representing the first description (5-Stars description " ***** ").**



https://www.allbirds.com/
Smallbirds Wool Loungers for Little Kids | Allbirds Kids Shoes

# US9092428: Claim 1

| allowing the user to select **the first name or description** or the second name or description **as a user-specified or user-desired attribute;** | For Example: **the user can select " \*\*\*\*\* " (first description) as a user specified attribute**. |
|---|---|



**https://www.allbirds.com/
Smallbirds Wool Loungers for Little Kids | Allbirds Kids Shoes**

# US9092428: Claim 1

**and performing, by the computer system, an action on the word or phrase associated with the user-specified or user-desired semantic attribute, wherein the action includes at least extracting, displaying,** storing, showing or hiding, or highlighting or un-highlighting the word or phrase.

Plaintiff contends that **when the user selects 5-stars " ***** " reviews, "Love these "** can be found within the **displayed 5 Stars " ***** " reviews.**

